UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| INTERPAC CORPORATION ) | Case No. 07-14608-PSH | |
| ) | | |
| Debtor(s). ) | Hon. PAMELA S. HOLLIS | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 644, CHICAGO, IL 60604

    On: **May 27, 2008**          Time: **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    Receipts                                          $8,160.53

    Disbursements                                        $69.07

    Net Cash Available for Distribution                $8,091.46

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO | $0.00 | $1,566.05 | $0.00 |

*Trustee Compensation*

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,954.76 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Internal Revenue Service | $3,252.93 | $3,252.93 |
| 000008B | Illinois Dept Of Employment Securit | $2,701.83 | $2,701.83 |

7. Claims of general unsecured creditors totaling $28,568.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Comed Company | $669.19 | $13.37 |
| 000003 | Calumet Carton Company | $1,452.60 | $29.02 |
| 000004 | Us Bank Na/ Retail Payment Solution | $419.90 | $8.39 |
| 000005 | Economy Tablet & Paper Co. | $153.75 | $3.07 |
| 000006 | Us Bank/Retail Payment Solutions | $7,169.31 | $143.20 |
| 000007 | Waste Management Rmc | $416.16 | $8.31 |
| 000008A | Illinois Dept Of Employment Securit | $120.00 | $2.40 |
| 000009 | Kent H Landsberg Company | $18,167.33 | $362.89 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **May 2, 2008**        For the Court,

        By:  **KENNETH S. GARDNER**
             CLERK OF THE COURT

Trustee:    Philip V. Martino
Address:    203 North Lasalle Street
            Suite 1800
            Chicago, IL  60601
Phone No.:  (312) 368-2165

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2                    Date Rcvd: May 02, 2008
Case: 07-14608                 Form ID: pdf002             Total Served: 54


The following entities were served by first class mail on May 04, 2008.
db           +Interpac Corporation,    2 Richmond Court,    Lake Zurich, IL 60047-2375
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
11543059      AT&T,    P. O. Box 8100,    Aurora, IL 60507-8100
11543055     +Active Alarm Company, Inc.,    561 Capital Drive,    Lake Zurich, IL 60047-6711
11543056     +Amcor Sunclipse No,    Abrams & Abrams, PC,    75 East Wacker Drive Suite 320,
               Chicago, IL 60601-3740
11543057     +American Family Insurance,    5209 RIB Mountain Drive,    Wausau, WI 54401-8203
11543058     +American Family Insurance,    Credit Collection Services,    Two Wells Avenue Dept 7250,
               Newton Center, MA 02459-3208
11543060     +Bass, Solomon & Dowell, LLP,    520 North Hicks Road,    Suite 120,    Palatine, IL 60067-3607
11543061     +Brennan & Clark, Ltd.,    721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
11543062     +Calumet Carton Company,    16920 South State Street,    South Holland, IL 60473-2841
11543064     +Custom Staffing, Inc.,    2123 North Milwaukee Avenue,    Chicago, IL 60647-4014
11543065      Economy Tablet & Paper Co.,    635 E. Remington Road,    Suite C,    Schaumburg, IL 60173-4578
11543066      Federal Express Corp,    Attention Ms. Cicora,    P.O. Box 94515,    Palatine, IL 60094-4515
11543067     +Hansen Radler Realty, Ltd.,    Oakton Crawford Corp (Wheeling),    7721 North Kostner Avenue,
               Skokie, IL 60076-3619
11543068      IDES,    P.O. Box 803412,    Chicago, IL 60680-3412
11543070     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
               PO Box 21126,    Philadelphia, PA  19114)
11543069      Illinois Department of Revenue,    Central Registration Division,    P.O. Box 19030,
               Springfield, IL 62794-9030
12141727     +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street Level 7-425,
               Chicago, Illinois 60601-3218
11700057     +Illinois Dept of Employment Security,    Bankruptcy Unit 4th Floor,    33 S State St,
               Chicago, IL 60603-2802
11543071     +KHL,    STA International,    380 W. Palatine Road,    Wheeling, IL 60090-5831
11543072     +KHL Engineered Paking,    Abrams & Abrams, PC,    75 East Wacker Drive Suite 320,
               Chicago, IL 60601-3740
11807063     +Kent H Landsberg Company,    c/o Amcor Sunclipse North America,    6600 Valley View Street,
               Buena Park, CA 90620-1145
11543073     +NCCI Holdings, Inc.,    12218 Collections Center Drive,    Chicago, IL 60693-0122
11543075     +Outsource Marketing,    P. O. Box 2685,    Glenview, IL 60025-6685
11543076     +Palmer Packaging,    Credit Managment Service,    25 Northwest Point Blvd #750,
               Elk Grove Village, IL 60007-1058
11543077     +Palmer Packaging, Inc.,    Attention: Carol Chencinski,    423 South Grace Street,
               Addison, IL 60101-4306
11543078     +PressSense, Inc.,    13655 Main Street,    Lemont, IL 60439-5515
11543079     +R.S.Hughes Company, Inc.,    869-B South Rohlwing Road,    Addison, IL 60101-4231
11694804     +Ralph Kruger,    1100 Valley Stream Drive,    Wheeling, IL 60090-3953
11543080     +TEK Enterprises,    10782 East Gelding Drive,    Scottsdale, AZ 85255-1736
11543081     +TEK Enterprises,    Sheila Kircheimer,    10782 East Gelding Drive,    Scottsdale, AZ 85255-1736
11543083     +Temple Inland,    Law Office of Keith S Shindler,LTD,    1040 South Milwaukee Avenue #110,
               Wheeling, IL 60090-6375
11543082     +Temple Inland,    2555 South Leavett Street,    Chicago, IL 60608-5202
11543084     +Thomas Kircheimer,    Jason H Rubens Law Office,    205 West Randolph #1310,
               Chicago, IL 60606-1815
11694805     +Tom Westman,    2 Richmond Court,    Lake Zurich, IL 60047-2375
11543089     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    800 South Wheeling Road,    Wheeling, IL 60090-5766)
11543088     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P. O. Box 108,    Saint Louis, MO 63166-9801)
11653304     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229
11543086      US Bank,    P. O. Box 790401,    Saint Louis, MO 63179-0401
11543091     +US Bank,    555 SW Oak Suite 220,    Portland, OR 97204-1767
11543090      US Bank,    Attention Kriten McKinney,    P.O. Box 5227, ML CN-OH-W15,    Cincinnati, OH 45202-5227
11678421     +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11543085     +Uline Shipping Supplies,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8361
11543092      Value Web,    c/o RMCB Collection Agency,    P. O. Box 1238,    Elmsford, NY 10523-0938
11543093     +ValueWeb,    3250 West Commercial Blvd,    Fort Lauderdale, FL 33309-3404
11543094     +Village of Wheeling,    255 W. Dundee Road,    Wheeling, IL 60090-2676
11543095      Waste Management,    P. O. Box 4648,    Carol Stream, IL 60197-4648
11543096     +Waste Management,    RMS,    4836 Brecksville Rd,    Richfield, OH 44286-9177
11694356     +Waste Management RMC,    2421 W Peoria Ave Suite 110,    Phoenix, AZ 85029-4942
11543097     +Wes Pac Distribution,    NCO Financial,    3850 N. Causeway Blvd., Ste 200,
               Metairie, LA 70002-7227

The following entities were served by electronic transmission on May 03, 2008.
11543063      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com Ed,
               Bill Payment Center,    Chicago, IL 60668-0001
11573414     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
11543074      E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P. O. Box 310,
               Aurora, IL 60507-0310
                                                                                             TOTAL: 3
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2             Date Rcvd: May 02, 2008
Case: 07-14608                Form ID: pdf002         Total Served: 54

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 11543087*       US Bank,   P. O. Box 790401,   Saint Louis, MO 63179-0401
                                                                                        TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2008**          **Signature:** *Joseph Speetjens*