UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
|  | ) CHAPTER 7 CASE |
| INTERPAC CORPORATION | ) |
|  | ) |
|  | ) CASE NO. 07-14608-PSH |
|  | ) |
|  | ) |
| Debtor(s). | ) Hon. PAMELA S. HOLLIS |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To: THE HONORABLE PAMELA S. HOLLIS
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

9/16/08
DATE

/s/ Philip V. Martino
Philip V. Martino, Trustee

CHGO1\31264553.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| INTERPAC CORPORATION | ) | Case No. 07-14608-PSH |
| | ) | |
| Debtor(s). | ) | Hon. PAMELA S. HOLLIS |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,566.68 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,566.68 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

*ENTERED*
*MAY 27 2008*
*PAMELA S. HOLLIS*
*BANKRUPTCY JUDGE*

CHGO1\31138263.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| INTERPAC CORPORATION | ) | Case No. 07-14608-PSH |
| | ) | |
| Debtor(s). | ) | Hon. PAMELA S. HOLLIS |

## DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,566.68 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $5,954.76 |
| General Unsecured Claims: | $576.26 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$8,097.70** |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,566.68 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Philip V. Martino Trustee Compensation | $1,566.68 | $1,566.68 |
|  | **CLASS TOTALS** | **$1,566.68** | **$1,566.68** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 5,954.76 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000008B | Illinois Dept Of Employment Securit Claims of Governmental Units-- 507 | $2,701.83 | $2,701.83 |
| 000002 | Internal Revenue Service Claims of Governmental Units-- 507 | $3,252.93 | $3,252.93 |
| | **CLASS TOTALS** | **$5,954.76** | **$5,954.76** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 28,568.24 | 2.02 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000003 | Calumet Carton Company General Unsecured 726 | $1,452.60 | $29.30 |
| 000001 | Comed Company General Unsecured 726 | $669.19 | $13.50 |
| 000005 | Economy Tablet & Paper Co. General Unsecured 726 | $153.75 | $3.10 |
| 000008A | Illinois Dept Of Employment Securit General Unsecured 726 | $120.00 | $2.43 |
| 000009 | Kent H Landsberg Company General Unsecured 726 | $18,167.33 | $366.46 |
| 000004 | Us Bank Na/ Retail Payment Solution General Unsecured 726 | $419.90 | $8.47 |
| 000006 | Us Bank/Retail Payment Solutions General Unsecured 726 | $7,169.31 | $144.61 |
| 000007 | Waste Management Rmc General Unsecured 726 | $416.16 | $8.39 |
| | **CLASS TOTALS** | **$28,568.24** | **$576.26** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____5/23/08_____         /s/ Philip V. Martino
                                     Philip V. Martino, Trustee

CHGO1\31216403.1                5

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Ver: 14.03a

Case No:      07-14608    PSH    Judge: PAMELA S. HOLLIS
Case Name:    INTERPAC CORPORATION
For Period Ending: 09/16/08

Trustee Name:                              PHILIP V. MARTINO
Date Filed (f) or Converted (c):           08/13/07 (f)
341(a) Meeting Date:                       09/13/07
Claims Bar Date:                           12/18/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMERICAN CHARTER BANK CHECKING | 8,142.03 | 8,142.03 | | 8,142.03 | FA |
| 2. OFFICE FURNITURE | 700.00 | 0.00 | | 0.00 | FA |
| 3. FORKLIFT | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 24.74 | Unknown |
| TOTALS (Excluding Unknown Values) | $9,042.03 | $8,142.03 | | $8,166.77 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 06/30/08

LFORM1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 07-14608 -PSH
Case Name: INTERPAC CORPORATION
Taxpayer ID No: *******2434
For Period Ending: 09/16/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******5929 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/07 | 1 | AMERICAN CHARTERED BANK | BANK BALANCE | 1129-000 | 8,142.03 | | 8,142.03 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.83 | | 8,143.86 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.19 | | 8,149.05 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.35 | | 8,153.40 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.90 | | 8,157.30 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.23 | | 8,160.53 |
| 02/05/08 | 000301 | International Sureties, Ltd. | Bond No. 016026455 Pro Rata Share | 2300-000 | | 69.07 | 8,091.46 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.94 | | 8,093.40 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.91 | | 8,095.31 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.66 | | 8,096.97 |
| 05/23/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 8,097.70 |
| 05/23/08 | | Transfer to Acct #******6025 | Final Posting Transfer | 9999-000 | | 8,097.70 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 8,166.77 | 8,166.77 |
| Less: Bank Transfers/CD's | 0.00 | 8,097.70 |
| Subtotal | 8,166.77 | 69.07 |
| Less: Payments to Debtors | | 0.00 |
| Net | 8,166.77 | 69.07 |

Page Subtotals   8,166.77   8,166.77

LFORM24                                                                                     Ver: 14.03a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Ver: 14.03a

| Case No: | 07-14608 -PSH |
| --- | --- |
| Case Name: | INTERPAC CORPORATION |
| Taxpayer ID No: | *******2434 |
| For Period Ending: | 09/16/08 |

| Trustee Name: | PHILIP V. MARTINO |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6025 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/08 | | Transfer from Acct #*******5929 | Transfer In From MMA Account | 9999-000 | 8,097.70 | | 8,097.70 |
| 05/27/08 | 003001 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 1,566.68 | 6,531.02 |
| 05/27/08 | 003002 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000002, Payment 100.00000% | 5800-000 | | 3,252.93 | 3,278.09 |
| 05/27/08 | 003003 | Illinois Dept of Employment Security<br>Bankruptcy Unit 4th Floor<br>33 S State St<br>Chicago, IL 60603 | Claim 000008B, Payment 100.00000% | 5800-000 | | 2,701.83 | 576.26 |
| 05/27/08 | 003004 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Claim 000001, Payment 2.01736% | 7100-000 | | 13.50 | 562.76 |
| 05/27/08 | 003005 | Calumet Carton Company<br>16920 South State Street<br>South Holland, IL 60473 | Claim 000003, Payment 2.01707% | 7100-000 | | 29.30 | 533.46 |
| 05/27/08 | 003006 | US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000004, Payment 2.01715% | 7100-000 | | 8.47 | 524.99 |
| 05/27/08 | 003007 | US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | Claim 000006, Payment 2.01707% | 7100-000 | | 144.61 | 380.38 |
| 05/27/08 | 003008 | Waste Management RMC<br>2421 W Peoria Ave Suite 110<br>Phoenix, AZ 85029 | Claim 000007, Payment 2.01605% | 7100-000 | | 8.39 | 371.99 |

| | Page Subtotals | 8,097.70 | 7,725.71 |
| --- | --- | --- | --- |

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 07-14608 -PSH | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | INTERPAC CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******2434 | Account Number / CD #: | ********6025 BofA - Checking Account |
| For Period Ending: | 09/16/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/27/08 | 003009 | Kent H Landsberg Company c/o Amcor Sunclipse North America 6600 Valley View Street Buena Park, CA 90620 | Claim 000009, Payment 2.01714% | 7100-004 | | 366.46 | 5.53 |
| 05/27/08 | 003010 | Economy Tablet & Paper Co. 635 E. Remington Road Suite C Schaumburg, IL 60173-4578 | Final Distribution Final Distribution | 7100-000 | | 3.10 | 2.43 |
| 05/27/08 | 003011 | Illinois Dept of Employment Security Bankruptcy Unit 4th Floor 33 S State St Chicago, IL 60603 | Final Distribution Final Distribution | 7100-000 | | 2.43 | 0.00 |
| * 07/15/08 | 003009 | Kent H Landsberg Company c/o Amcor Sunclipse North America 6600 Valley View Street Buena Park, CA 90620 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -366.46 | 366.46 |
| 07/15/08 | 003012 | Kent H Landsberg Company c/o Amcor Sunclipse North America 6600 Valley View Street Buena Park, CA 90620 | Claim 000009, Payment 2.01714% Final Distribution | 7100-000 | | 366.46 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 8,097.70 | 8,097.70 |
| Less: Bank Transfers/CD's | 8,097.70 | 0.00 |
| Subtotal | 0.00 | 8,097.70 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 8,097.70 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS |
| --- | --- | --- |
| BofA - Money Market Account - *******5929 | 8,166.77 | 69.07 |
| BofA - Checking Account - ********6025 | 0.00 | 8,097.70 |
| Page Subtotals | 0.00 | 371.99 |

| ACCOUNT BALANCE |
| --- |
| 0.00 |
| 0.00 |

LFORM24 Ver: 14.03a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Ver: 14.03a

| Case No: | 07-14608 -PSH | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | INTERPAC CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******6025 BofA - Checking Account |
| Taxpayer ID No: | *******2434 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/16/08 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |

| | | | | 8,166.77 | 8,166.77 | |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

LFORM24